NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAMIEN PATRICK JORDAN,          )
                                )
            Appellant,          )
                                )
v.                              )          Case No. 2D17-972
                                )
STATE OF FLORIDA,               )
                                )
            Appellee.           )
_____)

Opinion filed September 12, 2018.

Appeal from the Circuit Court for
Desoto County; Don T. Hall, Judge.

Howard L. Dimmig, II, Public
Defender, and Karen M. Kinney,
Assistant Public Defender, Bartow, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Katherine Coombs
Cline, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, VILLANTI, and ATKINSON, JJ., Concur.